MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JERILYN A. STONE,            )
                             )
     Plaintiff,              )
                             )
vs.                          )   No.
                             )
CREDITORS FINANCIAL GROUP    )
LLC, a foreign corporation,  )
                             )
     Defendant.              )
_____)   JURY DEMANDED

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2.   This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3.   In 2007, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4.   As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5.   Plaintiff, Jerilyn A. Stone, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6.   Defendant, Creditors Financial Group LLC, is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Aurora, Colorado, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7.   Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8.   Plaintiff was first contacted by Defendant during August 2007 (Exhibit 1).

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

9. On Monday, August 27, 2007, Defendant left a message on the voice mail of Plaintiff's former husband, Steve Stone.

10. Mr. Stone has saved the message.

11. Defendant advised Plaintiff was to call the *legal department* regarding Plaintiff's Bank of America account.

12. Defendant warned that if Plaintiff failed to comply a case would be filed against Plaintiff.

13. Defendant left a return number, 877-298-2251, ext. 3225, and also referred to *case number*, #5762801.

14. In communicating with Mr. Stone Defendant violated FDCPA § 1692c(b) by unlawfully communicating with a third-party in connection with the collection of Plaintiff's debt.

15. Defendant has violated FDCPA §§ 1692e, 1692e(2)(A), 1692e(5) and 1692e(10) by threatening legal action.

16. Defendant has violated FDCPA § 1692g by threatening a legal action prior to the expiration of the thirty (30) day period referenced in Exhibit 1.

17. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

18. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

19. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish

1 and suffering, and emotional distress, for which Plaintiff should
2 be compensated in an amount to be proven at trial.

3     20. As a result of the foregoing acts and omissions of
4 Defendant, and in order to punish Defendant for its outrageous and
5 malicious conduct, as well as to deter it from committing similar
6 acts in the future as part of its debt collection efforts,
7 Plaintiff is entitled to recover punitive damages in an amount to
8 be proven at trial.

## CAUSES OF ACTION

### COUNT I

    21. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692e, 1692f and 1692g.

    22. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

    23. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

    24. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

. . .
. . .
. . .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

PO BOX 440290
AURORA CO 80044-0290

**CREDITORS FINANCIAL GROUP**

ADDRESS SERVICE REQUESTED

Toll Free: 1-877-298-2251

RE: Your account with our client
BANK OF AMERICA

Reference No. 5762801 B62

Date of Service: 03-30-07
Account: 4888934999157992
Total Due: $937.80

Date: 08-10-07

#BWNDLZK
#A000 09R8 KKB7#        *A-3RE-AM-06403

JERILYN A STONE
4206 MISSISSIPPI AVE
LAS VEGAS NV 89103-5943

31

CREDITORS FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044-0290

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

---

The above claim for $937.80 has been placed with our office for collection.

In order that we may remove your name from our client's delinquent credit files, kindly forward your check or money order, made payable to - Creditors Financial, in the enclosed envelope. Contact our toll free number listed above with any questions or concerns.

Respectfully,

*Rahman Raji*


Unless you, the consumer, notify this collection agency within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty (30) days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTON PRACTICES ACT, SEE
WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

**EXHIBIT I**

Creditors Financial Group
3131 South Vaughn Way Ste 110
Aurora, CO 80014
303-369-2345

Office Hours:
Monday - Thursday    7:00 am - 7:00 pm
Friday               7:00 am - 5:00 pm
Saturday             7:00 am - 12:00 Noon
Sunday               Closed

CFG